**SENECA INSURANCE COMPANY, INC., Plaintiff–Appellant,**

v.

**EVEREST REINSURANCE COMPANY, Defendant–Appellee.**

**No. 13–4201–cv.**

United States Court of Appeals, Second Circuit.

Oct. 16, 2014.

Barry Saretsky, Saretsky Katz, Dranoff & Glass, LLP, New York, NY, for Appellant.

David L. Pitchford (with Daniel S. Brower on the brief), Pitchford Law Group LLC, New York, NY, for Appellee.

PRESENT: DENNIS JACOBS, RAYMOND J. LOHIER, JR. and CHRISTOPHER F. DRONEY, Circuit Judges.

## SUMMARY ORDER

Seneca Insurance Company, Inc. ("Seneca") appeals from the judgment of the United States District Court for the Southern District of New York (Forrest, *J.*), granting summary judgment in favor of defendant-appellee Everest Reinsurance Company ("Everest Re"). Seneca provided $5 million in liability insurance to the Kentucky Lottery Corporation ("KLC"), with a $5 million self-insured retention. When judgments were rendered against KLC in an action by two former employees, Seneca paid and in turn sought coverage from Everest Re, which denied coverage.

The district court ruled that the interest amounts included in the judgments entered against KLC were properly considered "interest on a judgment," which under the reinsurance terms is not a covered loss. For that reason, the $5 million loss that triggers Everest Re's obligation to pay had not been reached. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

"We review *de novo* an order granting summary judgment." *ReAmerica, S.A. v. Wells Fargo Bank Int'l,* 577 F.3d 102, 105 (2d Cir.2009). Upon such review, we find that the district court properly granted summary judgment to Everest Re.

For the reasons stated in the Decision and Order of the district court, and finding no merit in Seneca's other arguments, we hereby **AFFIRM** the judgment of the district court.